**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-7309

PRESTON T. JENKINS,

Plaintiff - Appellant,

versus

STEPHEN O. SIMPSON; PAUL A. LOCONTI,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. James C. Cacheris, Senior
District Judge. (CA-05-694-JCC)

Submitted: December 22, 2005        Decided: January 3, 2006

Before WIDENER, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Preston T. Jenkins, Appellant Pro Se. Alexander Francuzenko,
O'CONNELL, O'CONNELL & SARSFIELD, Rockville, Maryland, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Preston T. Jenkins appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2000) complaint and denying reconsideration of that order. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Jenkins v. Simpson, No. CA-05-694-JCC (E.D. Va. June 22 and July 20, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED